# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:22-CR-00040 |
| | : |
| v. | : |
| | : |
| CHRISTOPHER LOPEZ and | : |
| MICHAEL TORRES | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of June, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendants' motions for judgment of acquittal and for new trial, Docs. 87 and 89, are **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania